| AO-10<br>Rev 1/96 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 1995/*1996* | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No<br>101-194, November 30, 1989<br>(5 U.S.C. App. 6, 101-112) |
|---|---|---|

| 1 Person Reporting (Last name, first, middle initial)<br>Aiken, Ann L. | 2 Court or Organization<br>U.S. District Court, Oregon | 3. Date of Report<br>12/17/96 |
|---|---|---|
| 4 Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>Article III Judge (Active) | 5. Report Type (check appropriate type)<br>_X_ Nomination, Date _/_/_<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/96-12/16/96 |
| 7 Chambers or Office Address<br>Lane County Courthouse<br>125 E. 8th Avenue, Eugene, OR 97401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date ____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION        NAME OF ORGANIZATION/ENTITY

☐ NONE (No reportable positions)

| Director | Relief Nursery (Non-profit) Board of Directors |
|---|---|
| Director | Relief Nursery (Non-profit) Board of Stewards |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

DATE        PARTIES AND TERMS

☐ NONE (No reportable agreements)

| 1995-96 | Public Employees Retirement System (P.E.R.S.) for the State of Oregon |
|---|---|
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

DATE       SOURCE AND TYPE       GROSS INCOME (yours, not spouse's)

☐ NONE (No reportable non-investment income)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1995 | State Board of Higher Education-State of Oregon | $ (S) |
| 1995-1996 | State of Oregon-Judicial Branch | $~~147,203.43~~ |
| 1995-1996 | Public Employees Retirement System (P.E.R.S.) | $ (S) |
| | | $_____ |
| | | $_____ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Aiken, Ann L. | Date of Report<br>12/17 / 96 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| **X** **NONE** (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| **X** **NONE** (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| **X** **NONE** (No reportable liabilities) | | |

| * VALUE CODES | J = $15,000 or less<br>N = $250,001 - $500,000 | K = $15,001 - $50,000<br>O = $500,001 - $1,000,000 | L = $50,001 - $100,000<br>P = More than $1,000,000 | M = $100,001 to $250,000 |
|---|---|---|---|---|

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Aiken, Ann L. | Date of Report<br>12/17/96 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | \(2)<br>Date:<br>Month-<br>Day | If not exempt from disclosure | | |
| | | | | | | | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 U-Lane-O Credit Union Savings (DC) | A | INT | J | T | | | | | |
| 2 U-Lane-O Credit Union Savings (DC) | A | INT | J | T | | | | | |
| 3 U-Lane-O Credit Union Savings (DC) | A | INT | J | T | | | | | |
| 4 U-Lane-O Credit Union Savings (DC) | A | INT | J | T | | | | | |
| 5 U-Lane-O Credit Union Savings (DC) | A | INT | J | T | | | | | |
| 6 Teachers Insurance Annuity Association (TIAA) (S) | D | DIV | K | E | | | | | |
| 7 Oppenheimer Funds Investment Account | C | DIV | L | T | | | | | |
| 8 U-Lane-O Credit Union (J) | A | INT | K | T | | | | | |
| 9 Common Stock-State Bank Saunemin, Illinois | A | NONE | J | U | | | | | |
| 10 I.R.A. (Jackson National Life) | C | DIV | K | T | | | | | |
| 11 C.R.E.F. (Equity Account) (S) | F | DIV | K | T | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4)  A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000

2 Value Codes: (See Col. C1 & D3)  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000

3 Value Method Codes: (See Col. C2)  Q=Appraisal  U=Book Value  R=Cost (real estate only)  V=Other  S=Assessment  W=Estimated  T=Cash/Market

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Aiken, Ann L. | 12/17/96 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

1. Pursuant to my mother's will, I hold the stock but my father receives the dividends from the stock until his death.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Ann Aiken_    Date _January 7, 1997_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 8 | 500 | 00 | Notes payable to banks—secured | 7 | 000 | 00 |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | 4 | 500 | 00 |
| Listed securities—add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 244 | 873 | 00 |
| ** Real estate owned—add schedule | 332 | 280 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 50 | 000 | 00 | Credit Cards | 6 | 750 | 00 |
| Cash value—life insurance | 13 | 000 | 00 | | | | |
| Other assets—itemize: | | | | | | | |
| Oppenheimer Funds Investment Account | 75 | 000 | 00 | | | | |
| TIAA/CREF | 65 | 000 | 00 | | | | |
| * PERS (Jim-approximately) | 191 | 000 | 00 | Total liabilities | 263 | 123 | 00 |
| PERS (Ann-approximately) | 63 | 000 | 00 | Net Worth | 564 | 657 | 00 |
| * Total Assets (See attached also) | 827 | 780 | 00 | Total liabilities and net worth | 827 | 780 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | None | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | None | | | | | | |
| Other special debt | None | | | | | | |

Digitized by Google